

STATE OF LOUISIANA
DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 94005
BATON ROUGE, LA
70804-9005

LIZ MURRILL
ATTORNEY GENERAL

August 9, 2024

**VIA ECF**
Lyle W. Cayce
Clerk of Court
United States Court of Appeals, Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, Louisiana 70130-3408

    **Re:** *Parker v. Hooper*, **No. 23-30825**
         Rule 28(j) Letter regarding *Tellis v. LeBlanc*, No. 18-cv-541 (W.D. La.)

Dear Mr. Cayce:

    At oral argument in *Parker v. Hooper*, No. 23-30825 (5th Cir. March 4, 2024), ECF No. 154 (noting argument was heard on March 3, 2024), Appellants discussed a companion case—*Tellis v. LeBlanc,* No. 18-cv-541 (W.D. La.). Appellants (many of whom are also defendants in *Tellis*) explained that the *Tellis* district court had been following the *Parker* district court virtually in lockstep and that a remedial decision in *Tellis* was due any day.

    That decision has now come. On July 18, 2024, the *Tellis* district court issued a Remedial Opinion, Remedial Order, and Judgment that imposes an almost identical structural injunction to the one on appeal in *Parker*. *Tellis v. LeBlanc,* No. 18-cv-541 (W.D. La. July 18, 2024), ECF Nos. 754 (Remedy Opinion), 755 (Remedial Order), 756 (Judgment). Copies of those documents are attached for the Court's convenience.


The *Tellis* defendants appealed those decisions, and the case was assigned a different name on appeal: *Charles v. LeBlanc*, No. 24-30484 (5th Cir.). Defendants soon will seek a stay pending appeal from this Court of the Remedy Opinion, Remedial Order, and Judgment.

<div style="text-align:right">

Respectfully submitted,

*/s/ Morgan Brungard*
Morgan Brungard
Counsel for Appellants

</div>

Word Count: 181

cc:   All Counsel (via ECF)