# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 24, 2024

Mr. Jorge Benjamin Aguinaga
Louisiana Department of Justice
1885 N. 3rd Street
Baton Rouge, LA 70802

Mr. Connell L. Archey
Butler Snow, L.L.P.
445 North Boulevard
Baton Rouge, LA 70802-5707

Ms. Samantha Nicole Bosalavage
Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117

Ms. Melanie Ann Bray
Disability Rights Louisiana
8325 Oak Street
New Orleans, LA 70118-2043

Ms. Natalie Whipple Breaux
U.S. District Court, Middle District of Louisiana
777 Florida Street
Baton Rouge, LA 70801

Ms. Morgan Brungard
Office of the Attorney General
for the State of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804-9005

Mr. Jeffrey K. Cody
Shows, Cali & Walsh, L.L.P.
628 Saint Louis Street
Baton Rouge, LA 70802

Mr. John Clifton Conine Jr.
Shows, Cali & Walsh, L.L.P.
628 Saint Louis Street
Baton Rouge, LA 70802

Mrs. Gina Delatte-Richard
U.S. District Court, Middle District of Louisiana
777 Florida Street
Baton Rouge, LA 70801

Mr. Jeffrey B. Dubner
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

Mr. Keith Joseph Fernandez
Butler Snow, L.L.P.
445 North Boulevard
Baton Rouge, LA 70802-5707

Ms. Nishi L Kumar
Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117

Ms. Emily Blythe Lubin
Southern Poverty Law Center
201 Saint Charles Avenue
Suite 2000
New Orleans, LA 70170

Mrs. Allena McCain
Butler Snow, L.L.P.
445 North Boulevard
Baton Rouge, LA 70802-5707

Ms. Brooke Menschel
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

Ms. Elizabeth Baker Murrill
Office of the Attorney General
for the State of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804-9005

Ms. Madaline King Rabalais
Butler Snow, L.L.P.
445 North Boulevard
Baton Rouge, LA 70802-5707

Mr. Randal James Robert
Butler Snow, L.L.P.
445 North Boulevard
Baton Rouge, LA 70802-5707

Mr. Brendan Rae Schneiderman
Cohen Milstein Sellers & Toll, P.L.L.C.
1100 New York Avenue, N.W.
5th Floor
Washington, DC 20005

Mrs. Shannon Laura Thompson
U.S. District Court, Middle District of Louisiana
777 Florida Street
Baton Rouge, LA 70801

Ms. Caroline Michele Tomeny
Shows, Cali & Walsh, L.L.P.
628 Saint Louis Street
Baton Rouge, LA 70802

Ms. Lydia Wright
Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117

    No. 23-30825   Parker v. Hooper
                         USDC No. 3:15-CV-318

Dear Counsel,

Attached is a revised case caption, which should be used on all future filings in this case.

                                      Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       */s/ Shea E. Pertuit*
                          By: _____
                          Shea E. Pertuit, Deputy Clerk
                          504-310-7666

Case: 23-30825     Document: 168     Page: 4     Date Filed: 09/24/2024

Case No. 23-30825

Kentrell Parker, on behalf of themselves and all others similarly situated; Farrell Sampier, on behalf of themselves and all others similarly situated; Reginald George; John Tonubbee, on behalf of themselves and all others similarly situated; Otto Barrera, on behalf of themselves and all others similarly situated; Clyde Carter, on behalf of themselves and all others similarly situated; Edward Giovanni, on behalf of themselves and all others similarly situated; Ricky D. Davis, on behalf of themselves and all others similarly situated; Lionel Tolbert, on behalf of themselves and all others similarly situated; Rufus White, on behalf of themselves and all others similarly situated; Shannon Hurd; Alton Adams; Ian Cazenave; Edward Washington; Alton Batiste,

        Plaintiffs - Appellees

v.

Tim Hooper, Warden, Louisiana State Penitentiary, in his official capacity; Ashli Oliveaux, Assistant Warden for Health Services, in her official capacity; Gary Westcott, Secretary, Louisiana Department of Public Safety and Corrections; Randy Lavespere, Medical Doctor; Stacye Falgout; Paul Toce; Bill Hawkins; Cynthia Park, ACNP; The Louisiana Department of Public Safety and Corrections,

        Defendants - Appellants