# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 25, 2024

Mr. Jorge Benjamin Aguinaga
Louisiana Department of Justice
1885 N. 3rd Street
Baton Rouge, LA 70802

Mr. Connell L. Archey
Butler Snow, L.L.P.
445 North Boulevard
Baton Rouge, LA 70802-5707

Ms. Samantha Nicole Bosalavage
Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117

Ms. Melanie Ann Bray
Disability Rights Louisiana
8325 Oak Street
New Orleans, LA 70118-2043

Ms. Morgan Brungard
Office of the Attorney General
for the State of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804-9005

Mr. Jeffrey K. Cody
Shows, Cali & Walsh, L.L.P.
628 Saint Louis Street
Baton Rouge, LA 70802

Mr. John Clifton Conine Jr.
Shows, Cali & Walsh, L.L.P.
628 Saint Louis Street
Baton Rouge, LA 70802

Mr. Jeffrey B. Dubner
Democracy Forward Foundation
P.O. Box 34553

Washington, DC 20043

Mr. Keith Joseph Fernandez
Butler Snow, L.L.P.
445 North Boulevard
Baton Rouge, LA 70802-5707

Ms. Nishi L Kumar
Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117

Ms. Emily Blythe Lubin
Southern Poverty Law Center
201 Saint Charles Avenue
Suite 2000
New Orleans, LA 70170

Mrs. Allena McCain
Butler Snow, L.L.P.
445 North Boulevard
Baton Rouge, LA 70802-5707

Ms. Brooke Menschel
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

Ms. Elizabeth Baker Murrill
Office of the Attorney General
for the State of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804-9005

Ms. Madaline King Rabalais
Butler Snow, L.L.P.
445 North Boulevard
Baton Rouge, LA 70802-5707

Mr. Randal James Robert
Butler Snow, L.L.P.
445 North Boulevard
Baton Rouge, LA 70802-5707

Mr. Brendan Rae Schneiderman
Cohen Milstein Sellers & Toll, P.L.L.C.
1100 New York Avenue, N.W.
5th Floor
Washington, DC 20005

Ms. Caroline Michele Tomeny
Shows, Cali & Walsh, L.L.P.
628 Saint Louis Street
Baton Rouge, LA 70802

Ms. Lydia Wright
Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117

　　　No. 23-30825　Parker v. Hooper
　　　　　　　　　　USDC No. 3:15-CV-318

Dear Counsel:

This letter will serve to advise the parties that the court has requested letter briefs about our appellate jurisdiction to the be filed in this office on or before close of business on Friday, November 8, 2024.

　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　　　　By: _____
　　　　　　　　　　　　Christina A. Gardner, Deputy Clerk
　　　　　　　　　　　　504-310-7684