# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
February 13, 2025
Lyle W. Cayce
Clerk

No. 23-30825

KENTRELL PARKER, *on behalf of themselves and all others similarly situated*; FARRELL SAMPIER, *on behalf of themselves and all others similarly situated*; REGINALD GEORGE; JOHN TONUBBEE, *on behalf of themselves and all others similarly situated*; OTTO BARRERA, *on behalf of themselves and all others similarly situated*; CLYDE CARTER, *on behalf of themselves and all others similarly situated*; EDWARD GIOVANNI, *on behalf of themselves and all others similarly situated*; RICKY D. DAVIS, *on behalf of themselves and all others similarly situated*; LIONEL TOLBERT, *on behalf of themselves and all others similarly situated*; RUFUS WHITE, *on behalf of themselves and all others similarly situated*; SHANNON HURD; ALTON ADAMS; IAN CAZENAVE; EDWARD WASHINGTON; ALTON BATISTE,

*Plaintiffs—Appellees*,

versus

TIM HOOPER, *Warden, Louisiana State Penitentiary, in his official capacity*; ASHLI OLIVEAUX, *Assistant Warden for Health Services, in her official capacity*; GARY WESTCOTT, *Secretary, Louisiana Department of Public Safety and Corrections*; RANDY LAVESPERE, *Medical Doctor*; STACYE FALGOUT; PAUL TOCE; BILL HAWKINS; CYNTHIA PARK, ACNP; THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:15-CV-318

_____

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT