# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 26, 2025

Ms. Brooke Menschel
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

    No. 23-30825   Parker v. Hooper
                          USDC No. 3:15-CV-318

Dear Ms. Menschel,

We received paper copies of your brief.  Because paper copies were not requested, we are taking no action on this document.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Kim M. Pollard, Deputy Clerk
                    504-310-7635