# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 22, 2025

Mr. Jorge Benjamin Aguinaga
Louisiana Department of Justice
1885 N. 3rd Street
Baton Rouge, LA 70802

Mr. Connell L. Archey
Butler Snow, L.L.P.
445 North Boulevard
Baton Rouge, LA 70802-5707

Ms. Melanie Ann Bray
Disability Rights Louisiana
8325 Oak Street
New Orleans, LA 70118-2043

Ms. Morgan Brungard
Office of the Attorney General
for the State of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804-9005

Mr. Jeffrey K. Cody
Shows, Cali & Walsh, L.L.P.
628 Saint Louis Street
Baton Rouge, LA 70802

Mr. John Clifton Conine Jr.
Shows, Cali & Walsh, L.L.P.
628 Saint Louis Street
Baton Rouge, LA 70802

Mr. Jeffrey B. Dubner
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

Mr. Keith Joseph Fernandez
Butler Snow, L.L.P.
445 North Boulevard

Baton Rouge, LA 70802-5707

Ms. Nishi L Kumar
Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117

Ms. Emily Blythe Lubin
Southern Poverty Law Center
201 Saint Charles Avenue
Suite 2000
New Orleans, LA 70170

Mrs. Allena McCain
Butler Snow, L.L.P.
445 North Boulevard
Baton Rouge, LA 70802-5707

Ms. Brooke Menschel
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

Ms. Elizabeth Baker Murrill
Office of the Attorney General
for the State of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804-9005

Ms. Samantha Bosalavage Pourciau
Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117

Ms. Madaline King Rabalais
Butler Snow, L.L.P.
445 North Boulevard
Baton Rouge, LA 70802-5707

Mr. Randal James Robert
Butler Snow, L.L.P.
445 North Boulevard
Baton Rouge, LA 70802-5707

Mr. Brendan Rae Schneiderman
Cohen Milstein Sellers & Toll, P.L.L.C.
100 New York Ave, N.W.
5th Floor
Washington, DC 20005

Ms. Caroline Michele Tomeny
Shows, Cali & Walsh, L.L.P.
628 Saint Louis Street
Baton Rouge, LA 70802

Ms. Lydia Wright
Rights Behind Bars
416 Florida Avenue, N.W.
Unit 26152
Washington, DC 20001

  No. 23-30825 Parker v. Hooper
        USDC No. 3:15-CV-318

Dear Counsel,

Enclosed is the court's order filed this date directing this case be reheard en banc with oral argument.

Under Fifth Circuit Local Rule 41.3 this order vacates the previous opinion and judgment of this court and stays the mandate.

Appellants will have until May 22, 2025, to file an en banc brief and the Appellees' en banc brief is due on June 23, 2025. You will be requested to furnish 22 paper copies of your en banc brief after the electronic filing is reviewed and processed. The color of the cover on your en banc brief will be the same as the color of the cover on your merits brief (blue for the appellant and red for the appellee). The date and time of oral argument will be announced at a later date. Counsel for the parties will receive adequate notice as to the exact date and time for the presentation of the oral argument.

We request that the parties forward 22 copies of their previously filed merits briefs, reply briefs, supplemental briefs, and record excerpts, for the use of the en banc court. As you did previously, we request that all copies be spirally bound. These additional copies are due in the Clerk's Office by May 6, 2025. Please contact me if you have any questions.

            Sincerely,

            LYLE W. CAYCE, Clerk

            By: _____
            Peter A. Conners, Deputy Clerk
            504-310-7685